**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 3**

**LINK-BELT CRANES, L.P., LLLP and SUMITOMO HEAVY INDUSTRIES CONSTRUCTION CRANES CO., LTD.,**
**Plaintiffs,**

**v.**

**UNITED STATES,**
**Defendant.**

**S U M M O N S**
**Court No. 1:26-cv-03659**

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

1. Link-Belt Cranes L.P., LLLP ("Link-Belt") and Sumitomo Heavy Industries Construction Cranes Co., Ltd. ("HSC") are sister-companies, both of which are involved in the production of lattice boom crawler cranes. Link-Belt and HSC both are interested parties under 19 U.S.C. § 1677(9)(A) and were respondents in the underlying proceeding. As such, Link-Belt and HSC have standing as Co-Plaintiffs to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c)

(Name and standing of plaintiff)

2. Co-Plaintiffs contest various aspects of the final determination issued by the International Trade Administration of the U.S. Dep't of Commerce in the antidumping investigation of Lattice Boom Crawler Cranes from Japan (A-588-883). Accordingly, this determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(i)

(Brief description of contested determination)

3. 06/01/2026

(Date of determination)

4. 06/04/2026 (91 Fed. Reg. 33,690) & accompanying AD order on 07/23/ 2026 (91 Fed. Reg. 46,396)

(If applicable, date of publication in Federal Register of notice of contested determination)

See Signature Addendum.

Signature of Plaintiff's Attorney

08/17/2026

Date

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

See Signature Addendum.

**SEE REVERSE SIDE**

Form 3-1.A

Court No. 1:26-cv-03659

**SIGNATURE ADDENDUM**

**Signature** **Date** August 17, 2026

David M. Spooner, Esq.
Barnes & Thornburg LLP
555 12th St NW
Suite 1200
Washington, DC 20004
United States
202-371-6377
David.Spooner@btlaw.com
*Lead Counsel for Co-Plaintiff Link-Belt Cranes L.P., LLP*

**Signature** **Date** August 17, 2026

Joshua E. Kurland, Esq.
Hogan Lovells Cadwalader US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
United States
202-804-7693
joshua.kurland@hlc.com
*Lead Counsel for Co-Plaintiff Sumitomo Heavy Industries Construction Cranes Co., Ltd.*

Court No. 1:26-cv-03659

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

**Service List:**

Cooper Godfrey
General Counsel (Acting)
Office of the General Counsel
Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230
202-482-4772
GeneralCounsel@doc.gov